**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**DAVID DUNLAP,**

    **Plaintiff,**

**vs.**                                             **CASE NO. 5:09cv207-MCR/AK**

**STATE OF FLORIDA,**

    **Defendant.**

_____/

## O R D E R

Presently before the Court is Plaintiff's Motion to Amend. (Doc. 6). Plaintiff has not filed a complaint on the proper forms or filed a motion for leave to proceed without payment of court costs. His motion to amend does not correct these problems, and is therefore **DENIED**.

Local court rules provide that no "civil action commenced by *pro se* litigants under 42 U.S.C. § 1983, 28 U.S.C. §§ 1331, or 1346, shall be considered by the court unless the appropriate forms have been properly completed and filed by the litigant." N.D. Fla. Loc. R. 5.1(J)(2). Plaintiff must, therefore, submit an "amended complaint," clearly designated as such, on court forms which will be provided to him by the Clerk of Court. The Clerk shall also mail to him the necessary papers for prisoners to proceed in forma pauperis.

Plaintiff shall return the complaint form and motion on or before **July 24, 2009**, or it will be recommended that this cause be dismissed for failure to prosecute.

**DONE AND ORDERED** this  *8th* day of July, 2009.


                                                *s/ A. KORNBLUM*
                                                **ALLAN KORNBLUM**
                                                **UNITED STATES MAGISTRATE JUDGE**

**No. 5:09cv207-MCR/AK**