UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA
_Panama City_ DIVISION

**2nd Amended**

## CIVIL RIGHTS COMPLAINT FORM
### TO BE USED BY PRISONERS IN ACTIONS UNDER 42 U.S.C. § 1983

David Jay Dunlap
Inmate # 706979
(Enter full name of Plaintiff)

vs.

CASE NO: **5:09cv207 MCR/AK**
(To be assigned by Clerk)

Rick Anglin, Warden,
Bay County Public Defender's Office & Laura McCarthy
State of Florida,
Jamie Birdwell

(Enter name and title of each Defendant.
If additional space is required, use the
blank area below and directly to the right.)

### ANSWER ALL QUESTIONS ON THE FOLLOWING PAGES:

Rec'd 0929'09UsDcFln1am1137

Filed 0925'09UsDcFln5am1042

## I. PLAINTIFF:

State your full name, inmate number (if applicable), and full mailing address in the lines below.

Name of Plaintiff: David Jay Dunlap
Inmate Number: 706979
Prison or Jail: Florida State Hospital
Mailing address: Unit 23
FSH, Box 1000
Chattahoochee, FL. 32324-1000

## II. DEFENDANT(S):

State the name of the Defendant in the first line, official position in the second line, place of employment in the third line, and mailing address. Do the same for every Defendant:

(1) Defendant's name: Rick Anglin
    Official position: Warden
    Employed at: Bay County Jail
    Mailing address: 5700 Star Avenue
    Panama City, FL. 32404

(2) Defendant's name: Bay County Public Defender's Office / Laura McCarthy
    Official position: Assistant Public Defender
    Employed at: Bay County Public Defender's Office
    Mailing address: P.O. Box 580
    Panama City, FL. 32402

(3) Defendant's name: State of Florida / Bill McCollum
    Official position: Attorney General
    Employed at: State Capitol
    Mailing address: State Capitol
    Tallahassee, FL. 32399-0001

**ATTACH ADDITIONAL PAGES HERE TO NAME ADDITIONAL DEFENDANTS**

Jamie Birdwell
Band Director Mosely High
170 Derby Woods Drive
Lynn Haven, FL. 32444

## III.    EXHAUSTION OF ADMINISTRATIVE REMEDIES

**Exhaustion of administrative remedies is required prior to pursuing a civil rights action regarding conditions or events in any prison, jail, or detention center. 42 U.S.C. § 1997e(a). Plaintiff is warned that any claims for which the administrative grievance process was not completed prior to filing this lawsuit may be subject to dismissal.**

## IV.    PREVIOUS LAWSUITS

NOTE: FAILURE TO DISCLOSE **ALL** PRIOR CIVIL CASES MAY RESULT IN THE DISMISSAL OF THIS CASE. IF YOU ARE UNSURE OF ANY PRIOR CASES YOU HAVE FILED, THAT FACT MUST BE DISCLOSED AS WELL.

A.  Have you initiated other actions in **state court** dealing with the same or similar facts/issues involved in this action?
    Yes( )          No(✗)

   1.  Parties to previous action:
       (a)  Plaintiff(s): _____
       (b)  Defendant(s): _____
   2.  Name of judge: _____  Case #: _____
   3.  County and judicial circuit: _____
   4.  Approximate filing date: _____
   5.  If not still pending, date of dismissal: _____
   6.  Reason for dismissal: _____
   7.  Facts and claims of case: _____

   **(Attach additional pages as necessary to list state court cases.)**

B.  Have you initiated other actions in **federal court** dealing with the same or similar facts/issues involved in this action?

    Yes( )          No(✗)

   1.  Parties to previous action:
       a.  Plaintiff(s): _____
       b.  Defendant(s): _____
   2.  District and judicial division: _____
   3.  Name of judge: _____  Case #: _____
   4.  Approximate filing date: _____
   5.  If not still pending, date of dismissal: _____
   6.  Reason for dismissal: _____

3

7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list other federal court cases.)**

C. Have you initiated other actions (*besides those listed above in Questions (A) and (B)*) in **either state or federal court** that relate to the fact or manner of your incarceration (including habeas corpus petitions) or the conditions of your confinement (including civil rights complaints about any aspect of prison life, whether it be general circumstances or a particular episode, and whether it involved excessive force or some other wrong)?

Yes( )   No(✓)

If YES, describe each action in the space provided below. If more than one action, describe all additional cases on a separate piece of paper, using the same format as below.

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case #: _____
4. Approximate filing date: _____
5. If not still pending, date of dismissal: _____
6. Reason for dismissal: _____
7. Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

D. Have you ever had any actions in **federal court** dismissed as frivolous, malicious, failing to state a claim, or prior to service? If so, identify each and every case so dismissed:

Yes( )   No(✓)

1. Parties to previous action:
   a. Plaintiff(s): _____
   b. Defendant(s): _____
2. District and judicial division: _____
3. Name of judge: _____ Case Docket # _____
4. Approximate filing date: _____ Dismissal date: _____
5. Reason for dismissal: _____

4

6.  Facts and claims of case: _____

_____

**(Attach additional pages as necessary to list cases.)**

## V.  STATEMENT OF FACTS:

State briefly the FACTS of this case. Describe how each Defendant was involved and what each person did or did not do which gives rise to your claim. In describing what happened, state the names of persons involved, dates, and places. Do not make any legal arguments or cite to any cases or statutes. You must set forth separate factual allegations in separately numbered paragraphs. You may make copies of this page if necessary to supply all the facts. Barring extraordinary circumstances, no more than five (5) additional pages should be attached. **(If there are facts which are not related to this same basic incident or issue, they must be addressed in a separate civil rights complaint.)**

1. I arrived at the Bay County Jail on 2 April 2008. I was unable to reach a private attorney because of the phone system. Two psychiatrists were let in by jail personnel two interview me. They did not have court orders nor were they sent by the public defender's office. I'd secured the Discovery by then since six weeks had passed. I knew I'd committed no crime and the state had no evidence. Rick Anglin had no reason to allow the doctors in since I was not a behavioral problem. I was, however, attacked and beaten up by a convict who pegged me correctly as a "FED." I subsequently had to spend two months in solitary protective custody. Due to jail policies I could not make phone calls, get money, etc. I left 24 Aug 2008 and was transferred to North Florida Evaluation and Treatment Center. (SEE PARA. 2) The food at the jail is barely edible. I lost 25 lbs. I am 5'11" and normally weigh 170. ✱ was denied right to vote.

2. Although I was proceeding pro se I was assigned Laura McCarthy (APD). Our first meeting

✱ On or about 7 Aug 9 my best friend and Alabama attorney (Dothan) came to the jail to help. The warden himself limited our visit to five minutes. This is unacceptable.

on or about 15 May 08 was positive. She said I'd committed no crime. She said she would file a motion to dismiss. I told her two doctors had tried to interview me. She said she didn't send them. Two weeks or so passed. David T. Smith came to see me - said Ms. McCarthy sent him. I answered his questions honestly. I am a veteran of the Armed Services. Some of the things I spoke of were classified secret. I didn't know what might come up in court and didn't want Laura blindsided. Instead of filing the motion to dismiss she had me found incompetent to proceed. After 9 months at NFETC (because I refused to take psychotropic drugs and won in Med court) I was returned to Bay County Jail competent to proceed. McCarthy refused to proceed. She requested another evaluation. Dr. D'Errico found me "Technically" competent factually but warned that I was possibly rationally incompetent because if any line of questioning involved my military experiences that I can't talk about I may not be able to testify relevantly. He suggested the state drop the charge and stated I did not need further psychiatric treatment. McCarthy squandered this opportunity by not arguing the point. Apparently all Judge Albritton read was her motion to find me incompetent again and not the summary. I do not fit in here. I was attacked one week ago and suffered a sprained middle finger and badly bruised left jaw. McCarthy continues to prohibit due process.

## VI. STATEMENT OF CLAIMS:

State what rights under the Constitution, laws, or treaties of the United States you claim have been violated. Be specific. Number each separate claim and relate it to the facts alleged in Section V. **If claims are not related to the same basic incident or issue, they must be addressed in a separate civil rights complaint.**

1. First Amendment - PARA 3 & 4. To BE TOLd not TO EXPRESS iDEAs OR GOAls OR my 30 yEARs of SERVICE is not what I fought for.

1.A. DENiEd oR RiTE TO VOTE in local ElEctions SPRiNg 2008.

2. DVE PROCESS - The RighT to A SPEEDy ANd FAiR TRiAl is Being DENiEd. Only GeT 30 minutes AT LAw Clinic - PROBABly not complete. PlEASe DoN't sTEAl my filing fee. IF I hAVE to

## VII. RELIEF REQUESTED: FREE ME! Do A SEPARATE HABEAS CORPUS WRIT for RElEASE O.K.

State briefly what relief you seek from the Court. Do not make legal arguments or cite to cases/statutes.

TREAT This AS A COMBiNEd Civil RighTs Complaint/ HABEAS CORPUS PETition. I sent A SEPARATE one lAST week. Pens ARE CONSiDERED COntRABANd HERE. They ARE even going to qvEsTion how I filled out the EnvelOpE even though They give you those. - ThATs

**I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING STATEMENTS OF FACT, INCLUDING ALL CONTINUATION PAGES, ARE TRUE AND CORRECT.**

I hAD To fill this ovt in HASTE. BVT no pen CRAZY.

20 Aug 2009
(Date)

(Signature of Plaintiff)

## IF MAILED BY PRISONER:

I declare (or certify, verify, or affirm) under penalty of perjury that this complaint was (check one):
☐ delivered to prison officials for mailing or ☒ deposited in the prison's internal mail system on:
the 21 day of AUGUST, 2009.

(Signature of Plaintiff)

Revised 03/07

7

✱ Suspected Violation of F.S. 790.162 Threat to throw, place, detonate a destructive device. CASE # 8-1058

DAVID DUNLAP
706979
FLORIDA STATE HOSPITAL
P.O. BOX 1000
CHATTAHOOSHEE, FL 32324-1000   Bill McCollum

3. State of Florida, Florida Department of Law Enforcement officials were part of a plot to arrest me for political reasons. Whether they were knowingly or unwittingly involved is questionable but I am ultimately a political prisoner. They have held me from 2 APRIL 08 until 20 SEP 2009 and counting.

4. ✱ Jamie Birdwell did knowingly call the Bay County Sherrifs office on 24 Aug 08 at 11:00pm and made a false police report for political reasons. I was conducting a "write-in" campaign along with a growing number of followers for President of the United States. See Dunlap Diversified, LLC on the internet. He is directly responsible for the deplorable conditions I've had to endure for 12 months. I'm being told by the "TREATMENT TEAM" not to talk about my military service or the Presidential run - that I might sound crazy to some,

David Dunlap
Unit 23/FSA D
Box 1000
Chattahoochee, FL. 32324-1000

LEGAL MAIL

Clerk of Court
U.S. District Court
30 W. Government St.
Panama City, Fl. 32401