IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

DAVID DUNLAP,

       Plaintiff,

vs.                                   5:09CV207-MCR/AK

STATE OF FLORIDA, et al,

       Defendants .

_____/

## REPORT AND RECOMMENDATION

By previous Order it was explained to Plaintiff that his claims concerning a speedy and fair trial, including collateral consequences from his conviction, and his request for immediate release are habeas in nature. (Doc. 24). He re-alleges these claims in his second amended complaint and requests that the Court treat his pleading as a "combined civil rights complaint/habeas corpus petition. (Doc. 24, p. 7).

The proper course when presented with such claims is to dismiss this cause of action and require Plaintiff to file a separate habeas petition, if he wishes to pursue the claims raised in the complaint presently before the Court. Habeas corpus is the "exclusive remedy for a state prisoner who challenges the fact or duration of his confinement and seeks immediate or speedier release." Preiser v. Rodriguez, 411 U.S. 475, 500, 93 S. Ct. 1827, 1841, 36 L. Ed. 2d 439 (1973); Heck v. Humphrey, 512 U.S. 477, 114 S. Ct. 2364, 2372, 129 L. Ed. 2d 383 (1994). Prisoners may not seek to

reduce their period of confinement through a civil rights action.  Preiser, 411 U.S. at 499.

In light of the foregoing, it is respectfully **RECOMMENDED** that Plaintiff's second amended complaint (doc. 25) be **DISMISSED** for failure to state a claim upon which relief may be granted pursuant to 28 U.S.C. § 1915(e)(2), and that the order adopting this report and recommendation direct the clerk of court to note on the docket that this cause was dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

**IN CHAMBERS** at Gainesville, Florida, this ___1st__ day of December, 2009.


s/ A. KORNBLUM
**ALLAN KORNBLUM**
**UNITED STATES MAGISTRATE JUDGE**


### NOTICE TO THE PARTIES

**A party may file specific, written objections to the proposed findings and recommendations within 15 days after being served with a copy of this report and recommendation.  A party may respond to another party's objections within 10 days after being served with a copy thereof.  Failure to file specific objections limits the scope of review of proposed factual findings and recommendations.**